(Original copy)

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_____Division

### CIVIL RIGHTS COMPLAINT FORM

Bruce-Wayne·Hunter II

C·I·N #2024·0000-6297

PRO SE

CASE NUMBER:_____
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

Peter lee esq

kyle Blythe esq

A·P·D's

Mrs. L·Moore esq.

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: SEMINOLE County
(Indicate the name and location)
Jail 211 ESLINGER way Sandford florida

II.  DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✗) No (  )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]  Orange County Jail Orlando
florida.
& SEMINOLE COUNTY JAIL

DC 225 (Rev. 9/03)                                    1

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Bruce-Wayne Hunter II
Address         211 Eslinger way
                Sandford    Fl    32773
                City        State    Zip Code
County          Seminole Co.
Telephone Number  407-448-3766
E-Mail Address    brucewayne.hunter1980@outlook.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                PETER LEE
Job or Title (if known)  A.P.D LAWYER
Address             2000 E. MICHIGAN ave
                    Orlando    Fla.    32806
                    City        State    Zip Code
County              Orange
Telephone Number    407-836-7580
E-Mail Address (if known)

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name                KYLE BLYTHE
Job or Title (if known)  A.P.D LAWYER
Address             2000 E. MICHIGAN ave
                    Orlando    Fl    32806
                    City        State    Zip Code
County              Orange
Telephone Number    407 836-7580
E-Mail Address (if known)

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name — *Mrs. L. Moore esq*

Job or Title *(if known)* — *A-Public-Def*

Address – Email — *SEMINOLEFELONY@PD18-NET*

*SANDFORD            FL      32773*
City            State            Zip Code

County — *SEMINOLE Co.*

Telephone Number — *407 665 4227*

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

*N A (BH)*

Defendant No. 4

Name

Job or Title *(if known)*

Address — *N A*

City            State            Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*DUE PROCESS OF LAW & EFFECTIVE ASST.*
*(BH)            OF COUNSEL.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## B. DEFENDANTS

1. Name of first Defendant: Mr. Peter Lee . The first Defendant is employed as:
A.P.Defender at Orange Co. Courthouse .
(Position and Title) (Institution)

2. Name of second Defendant: Mr Kyle Blythe . The second Defendant is employed as:
A.P. Defender at Orange Co. Courthouse .
(Position and Title) (Institution)

3. Name of third Defendant: Mrs. L. Moore . The third Defendant is employed as:
A.P. Defender at SEMINOLE Co. Courthouse .
(Position and Title) (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
_____ at _____ .
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? 0 . Describe the previous lawsuits:

a. First prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

b. Second prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

c. Third prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Due Process

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On APROXIMATELY Aug 13th 2024 I REQUESTED Mrs. Moore demand speedy trial to which she said she'd file for it but did not. I also asked her for my discovery to which she said she'd supply but did not. On Sept. 11, 2024 I filed pro se the trial court discharge counsel & Demand a speedy trial, my motion was stricken & Mrs. Moore did not adopt it. She has taken an adversarial position & will not resign from my case. Semi Co.

On Approximately Nov 18, 2023 Mr. Peter Lee & Kylie Blythe refused to discharge from my Orange Co. Crim cases despite my several attempts to fire them, later they coerced me to take a plea against my will

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I've been denied effective asst of counsel & due process of law & incarcerated by thier direct Encompeltence &/or deliberate indifference

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This is not a facility level issue

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: Due Process

2.  **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☒ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    All of the aforementioned lawyers have unethically & with deliberate indifference caused directly the loss of my liberty as I am now in jail and through misrepresentations blundered the affirmative defenses in my criminal cases, THAT I am constitutionally gauranteed.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s)
    I've lost life liberty and pursuit of happiness directly as a result of these lawyers unethical preformance

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
    b.  Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Not an institutional issue

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
☐ Basic necessities        ☐ Mail              ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?              ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Monatary sums of $1,000.00
a day per day incarcerated as a result
of the lawyers Incompetence as well
as Temporary suspension of All Lawyers
Florida Bar licenses.

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Oct. 21st 2024                          B. Wtl—II
               DATE                                     SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

* * * * * * *

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** Bruu Wayne Hunter II , has the sum of
(Name of Affiant)

$ 218.⁰⁰ as of 10·21·24 on account to his credit at the
(date)

Seminole County Jail institution where he is confined.  I further certify that the above named

prisoner affiant has the following securities to his credit according to the records of this institution:

NONE
_____

_____

_____

_____
Authorized Officer of Institution